# United States Court of Appeals
# for the Fifth Circuit

_____

No. 24-60012
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit

**FILED**
April 3, 2025

Lyle W. Cayce
Clerk

Luis Alberto Sustaita-Cordova,

*Petitioner*,

*versus*

Pamela Bondi, *U.S. Attorney General*,

*Respondent*.

_____

Petition for Review of an Order of the
Board of Immigration Appeals
Agency No. A209 341 899

_____

Before Jolly, Jones, and Willett, *Circuit Judges*.

Per Curiam:[*]

Luis Alberto Sustaita-Cordova, a native and citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals denying his motion to reopen, in which he sought administrative closure pending disposition of his petition for a U visa and remand for the Immigration Judge to consider his request for a waiver of inadmissibility. These claims have

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-60012

been mooted by the denial of his U visa petition.  *See Sustaita-Cordova v. Garland*, 120 F.4th 511, 517 (5th Cir. 2024).  Accordingly, his petition for review is DISMISSED as MOOT.